Decided March 8, 2000

## STATE OF CONNECTICUT *v.* MICHAEL E. ROBICHAUD, JR.

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 907 (AC 18679), is denied.

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Del Atwell,* special public defender, in support of the petition.

*Joy K. Fausey,* deputy assistant state's attorney, in opposition.

Decided March 8, 2000